[Nos. 37675-0-II; 38874-0-II.  Division Two.  January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KI KANG LEE, *Appellant*.

*In the Matter of the Personal Restraint of* KI KANG LEE, *Petitioner*.

Judgment *affirmed* and petition *denied* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[No. 40647-1-II.  Division Two.  January 24, 2012.]

LEANNA SHIPP, *Appellant*, v. MASON GENERAL HOSPITAL FOUNDATION ET AL., *Respondents*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.